WHIDDEN (UNITED STATES v.). See Case No. 16,670.

## Case No. 17,511.

### The WHIP & MICHIGAN.

[Cited in McKee v. The Pearl, Case No. 8,-849. Nowhere reported; opinion not now accessible at the clerk's office.]